[No. 16509-4-III.     Division Three.     June 23, 1998.]

LORALEE ROGERS, *Appellant*, v. YAKIMA VALLEY COMMUNITY COLLEGE, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-2-00135-9, F. James Gavin, J., entered February 25, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 16651-1-III.     Division Three.     June 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTINA ANN BURRILL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-1-00746-7, Carolyn A. Brown, J., entered May 16, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 16424-1-III.     Division Three.     June 25, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOE REYES, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-00248-3, Michael W. Leavitt, J., entered January 30, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 20886-5-II.     Division Two.     June 26, 1998.]

*In the Matter of the Marriage of* JAMES A. THOMPSON, *Appellant*, and JEANNETTE K. THOMPSON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-3-01806-5, James D. Roper, J., entered June 7, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.